UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 SEP -5 P 4: 14

_____
DEPUTY CLERK

KAIMONDRE OWES,

Movant,

v.

Misc. No. _____

UNITED STATES OF AMERICA,

Respondent.

**MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**

I, _Kaimondre Owes_ (name), hereby move this Court, pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3410, for an order preventing the government from obtaining access to my financial records. The agency seeking access is the United States Attorney's Office for the District of Maine. My financial records are held by _Bangor Savings, TD Bank, Camden Bank, Maine Savings & any other institution under my name_ (name of institution).

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_____  8/28/23
Your Signature            Date

_Candace Owens_ (signature)
_____
Your Name

_____
Your Address

_____
Your Telephone Number

_____
Your Email address

## CERTIFICATE OF SERVICE

I, _Kwinde O'NS_ (name), have mailed or delivered a copy of this motion and attached sworn statement to Assistant U.S. Attorney James Concannon on _08/28/23_ (date).

_____
Signature